# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**TERRY HARRIS (# 433105)**

**VERSUS**

**JOHN DOE, ET AL.**

**CIVIL ACTION**

**NO. 18-672-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 35) dated January 14, 2020, to which no objection was filed;

**IT IS ORDERED** that the Motions to Dismiss (Docs. 13, 22 & 27), filed on behalf of Tracy Falgout and Lars Ducote are GRANTED and that Plaintiff's claims against Tracy Falgout and Lars Ducote are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Michael Thomas, John Doe, and Cynthia Park are DISMISSED WITH PREJUDICE sua sponte pursuant to 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

**IT IS FURTHER ORDERED** that since all claims in the case have been resolved, Plaintiff's Motion for Appointment of Counsel, (Doc. 10) and Motion to Compel, (Doc. 25) and Lars Ducote's Motion to Stay Discovery, (Doc. 28) are DENIED AS MOOT.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on January 30, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**